IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:04CR186 |
| vs. | ) ) | ORDER |
| JESUS CAVADA-ARREDONDO | ) ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) ) | 8:10CR88 |
| vs. | ) ) | ORDER |
| JESUS CAVADA-ARREDONDO | ) ) | |
| Defendant. | ) | |

Now pending are the motions to continue trial filed by Jesus Cavada-Arredondo. These cases were set for trial July 6, 2010, and the defendant states that he intends to move for consolidation. The court finds that the trial date should be extended from July 6, 2010 to August 17, 2010 to allow the parties to conclude plea negotiations.

**IT IS ORDERED** that the motions to continue trial are granted, as follows:

1. The jury trials now set for July 6, 2010 are continued to **August 17, 2010.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 6, 2010 and August 17, 2010** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because the failure to grant a continuance would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Defendant shall file an affidavit or declaration regarding speedy trial, in compliance with NECrimR 12.1(a), no later than **July 1, 2010.**

**DATED June 17, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**